IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN QUAINE, | ) |
| Plaintiff, | ) |
| | ) No. 7:10-cv-239 |
| vs. | ) |
| THE STEVENS-LLOYD GROUP, INC., | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Now come the Plaintiff, BRIAN QUAINE, and the Defendant, THE STEVENS-LLOYD GROUP, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
Luxenburg & Levin, LLC
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
lynette@LuxenburgLevin.com

/s/ Caren D. Enloe
Ms. Caren D. Enloe (17394)
Attorney for Defendant
Smith Debnam Narron Drake
Saintsing & Myers, LLP
4601 Six Forks Road
Suite 400
PO Box 26268
Raleigh, NC 27611-6268
(919) 250-2125 (phone)
cenloe@smithdebnamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
Luxenburg & Levin, LLC
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 fax
Lynette@LuxenburgLevin.com